The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH BEND ASSOCIATES, LLC, a Washington Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF NORTH BEND,<br><br>          Defendant,<br>and<br><br>RIVER RUN VENTURES, LLC, a Delaware limited liability company,<br><br>          Interested Party. | NO. 2:22-cv-00509<br><br>JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF<br><br>NOTED FOR CONSIDERATION:<br><br>FEBRUARY 16, 2023 |

## I. INTRODUCTION

The parties agree there is good cause to continue the discovery cutoff by three weeks to facilitate the conclusion of discovery in this matter. The parties have worked together in good faith to arrive at this agreement for a short extension to the discovery cutoff. This continuance will not impact the remaining dates on the case schedule and is consistent with the Court's Order Denying Motion to Extend Certain Deadlines. Dkt. 20 at 4.

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF - 1

NO. 2:22-cv-00509

Error! Unknown document property name.

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

## II. STATEMENT OF FACTS

The existing discovery cutoff in this case is February 27, 2023. Dkt. 13. The facts regarding discovery in this matter have been previously presented to this Court in the briefing on Defendant's Motion to Continue Case Schedule. Dkt. 14; Dkt. 16; Dkt. 19. In the Court's order denying the motion, the Court noted "To the extent the parties would benefit from a short extension of just the discovery deadline the Court expects the parties to consider that possibility in good faith and to submit a stipulated motion." Dkt. 20 at 4. Consistent with the Court's order, the parties have worked together in good faith to agree to the short extension sought in this stipulation.

## III. ARGUMENT

The court's case schedule may be modified "for good cause and with the judge's consent." LCR 16(b)(6). Since the parties briefed the Motion to Continue, the parties have worked cooperatively and in good faith to complete discovery in this matter. In order to complete the remaining document productions and depositions in this matter, the parties agree that good cause exists to extend the discovery cutoff by three weeks. This short extension will not impact the remaining dates on the case schedule, including the dispositive motion deadline and the trial date in this matter. This short extension is consistent with the Court's prior Order Denying Motion for Extension of Certain Deadlines. Dkt. 20 at 4.

## IV. CONCLUSION

The parties jointly request a continuance of the February 27, 2023 discovery cutoff to March 21, 2023.

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF - 2

NO. 2:22-cv-00509

**Error! Unknown document property name.**

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400 FAX (206) 447-9700

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED this 16th day of February, 2023. | FOSTER GARVEY PC |
| 3 | | |
| 4 | | By */s/ Andrea L. Bradford* |
| | | Patrick J. Schneider, WSBA No. 11957 |
| 5 | | P. Stephen DiJulio, WSBA No. 7139 |
| | | Andrea L. Bradford, WSBA No. 45748 |
| 6 | | 1111 Third Avenue, Suite 3000 |
| | | Seattle, Washington 98101-3292 |
| 7 | | Telephone: (206) 447-4400 |
| | | Facsimile: (206) 447-9700 |
| 8 | | Email: pat.schneider@foster.com |
| | | steve.dijulio@foster.com |
| 9 | | andrea.bradford@foster.com |
| | | Attorneys for Plaintiff North Bend |
| 10 | | Associates, LLC |

DATED this 16th day of February, 2023.            KEATING, BUCKLIN & MCCORMACK, INC., P.S.

By */s/ Jeremy Culumber*
Michael C. Walter, WSBA #15044
Jeremy W. Culumber, WSBA #35423
801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: mwalter@kbmlawyers.com
           jculumber@kbmlawyers.com

Attorneys for City of North Bend

*I certify that this memorandum contains 329 words, in compliance with the Local Civil Rules.*

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF - 3

NO. 2:22-cv-00509

**Error! Unknown document property name.**

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

# ORDER

**IT IS SO ORDERED**.

DATED this 17th day of February, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF - 4

NO. 2:22-cv-00509

**Error! Unknown document property name.**

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700