UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH BEND ASSOCIATES, LLC, a Washington Corporation,<br><br>                                             Plaintiff,<br>    v.<br><br>CITY OF NORTH BEND,<br><br>                                             Defendant,<br>     and<br><br>RIVER RUN VENTURES, LLC, a Delaware limited liability company,<br><br>                                             Interested Party. | NO. 2:22-cv-00509<br><br>JOINT STIPULATION AND ORDER TO CONTINUE CERTAIN DEADLINES IN LIGHT OF PRELIMINARY SETTLEMENT |

## I. INTRODUCTION

The parties agree there is good cause to continue the discovery cutoff and dispositive motion deadline in light of a signed preliminary settlement agreement in this matter. The parties have worked in good faith to reach a signed CR 2A Agreement, filed as exhibit A to this joint stipulation. This preliminary settlement agreement is contingent upon action by the City Council of the City of North Bend, which cannot occur until its March 21, 2023 meeting. To preserve party and court resources, the parties jointly request the Court continue the March 21, 2023 discovery cutoff until April 21, 2023 and

the March 28, 2023 dispositive motion cutoff to April 28, 2023. In the unlikely event the City Council does not take action at its March 21, 2023 meeting, the case would continue to trial, and this joint stipulation would not impact the remaining dates on the case schedule including the trial date in this matter.

## II. STATEMENT OF FACTS

The existing discovery cutoff in this case is March 21, 2023. Dkt. 23. The deadline for filing a dispositive motion is March 28, 2023. Dkt. 13. Trial is set for June 26, 2023. Dkt. 13. The parties have reached a preliminary settlement agreement, filed with this stipulation, which would result in dismissal of this case with prejudice. *See* Exhibit A. The settlement agreement is contingent on the City Council for the City of North Bend passing an ordinance at its March 21, 2023 meeting. *Id.* at 2.

## III. ARGUMENT

The court's case schedule may be modified "for good cause and with the judge's consent." LCR 16(b)(6). The parties have reached a preliminary settlement agreement which is contingent on action by the City Council at its March 21, 2023 meeting. Given this signed settlement agreement, good cause exists to continue the discovery deadline and dispositive motion deadline to avoid expending party resources on discovery and court resources on the parties' dispositive motion filings. However, the parties request the Court not dismiss this matter at this time, as the preliminary settlement is contingent on action by the City Council.

## IV. CONCLUSION

The parties jointly request the Court continue the discovery cutoff until April 21, 2023 and the dispositive motion cutoff to April 28, 2023.

|   |   |   |
|---|---|---|
| 1 | DATED this 14th day of March, 2023. | FOSTER GARVEY PC |

By *s/ Andrea Bradford*
   Patrick J. Schneider, WSBA No. 11957
   P. Stephen DiJulio, WSBA No. 7139
   Andrea L. Bradford, WSBA No. 45748
   1111 Third Avenue, Suite 3000
   Seattle, Washington 98101-3292
   Telephone: (206) 447-4400
   Facsimile: (206) 447-9700
   Email:   pat.schneider@foster.com
            steve.dijulio@foster.com
            andrea.bradford@foster.com
Attorneys for Plaintiff North Bend Associates, LLC

DATED this 14th day of March, 2023.    KEATING, BUCKLIN & MCCORMACK, INC., P.S.

By */s/ Jeremy Culumber*
   Michael C. Walter, WSBA #15044
   Jeremy W. Culumber, WSBA #35423
   801 Second Avenue, Suite 1210
   Seattle, WA 98104
   Phone: (206) 623-8861
   Fax: (206) 223-9423
   Email: mwalter@kbmlawyers.com
           jculumber@kbmlawyers.com

Attorneys for City of North Bend

*I certify that this memorandum contains 373 words, in compliance with the Local Civil Rules.*

JOINT STIPULATION AND ORDER TO CONTINUE CERTAIN
DEADLINES IN LIGHT OF PRELIMINARY SETTLEMENT - 3

NO. 2:22-cv-00509

# ORDER

**IT IS SO ORDERED**.

Dated this 15th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE