The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTH BEND ASSOCIATES, LLC, a Washington Corporation,<br><br>　　　　　　　　　　　　　　Plaintiff,<br>　v.<br><br>CITY OF NORTH BEND,<br><br>　　　　　　　　　　　　　　Defendant,<br>　and<br><br>RIVER RUN VENTURES, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　　　　Interested Party. | NO. 2:22-cv-00509RSM<br><br>JOINT STIPULATION TO DISMISS WITH PREJUDICE<br><br>NOTED FOR CONSIDERATION:<br><br>APRIL 26, 2023 |

## I.  STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in the above-captioned matter, without any award of fees or costs to either party, pursuant to a settlement agreement fully resolving the claims between the parties.

JOINT STIPULATION TO DISMISS WITH PREJUDICE - 1

NO. 2:22-cv-00509

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 101310142.1

| | | |
|---|---|---|
| 1 | DATED this 26th day of April, 2023. | FOSTER GARVEY PC |
| 2 | | |
| 3 | | By *s/ Andrea Bradford* |
| | | Patrick J. Schneider, WSBA No. 11957 |
| 4 | | P. Stephen DiJulio, WSBA No. 7139 |
| | | Andrea L. Bradford, WSBA No. 45748 |
| 5 | | 1111 Third Avenue, Suite 3000 |
| | | Seattle, Washington 98101-3292 |
| 6 | | Telephone: (206) 447-4400 |
| | | Facsimile: (206) 447-9700 |
| 7 | | Email:     pat.schneider@foster.com |
| | |                  steve.dijulio@foster.com |
| 8 | |                  andrea.bradford@foster.com |
| 9 | | Attorneys for Plaintiff North Bend Associates, LLC |
| 10 | | |
| 11 | DATED this 26th day of April, 2023. | KEATING, BUCKLIN & MCCORMACK, INC., P.S. |
| 12 | | |
| 13 | | By */s/ Jeremy Culumber* |
| | | Michael C. Walter, WSBA #15044 |
| 14 | | Jeremy W. Culumber, WSBA #35423 |
| | | 801 Second Avenue, Suite 1210 |
| 15 | | Seattle, WA 98104 |
| | | Phone: (206) 623-8861 |
| 16 | | Fax: (206) 223-9423 |
| | | Email: mwalter@kbmlawyers.com |
| 17 | |             jculumber@kbmlawyers.com |
| 18 | | Attorneys for City of North Bend |
| 19 | *I certify that this memorandum contains 51 words, in compliance with the Local Civil Rules.* | |

JOINT STIPULATION TO DISMISS WITH PREJUDICE - 2

NO. 2:22-cv-00509

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 101310142.1

**ORDER**

**IT IS SO ORDERED**.

DATED this 28th day of April, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

FOSTER GARVEY PC

By  *s/ Andrea Bradford*
   Patrick J. Schneider, WSBA No. 11957
   P. Stephen DiJulio, WSBA No. 7139
   Andrea L. Bradford, WSBA No. 45748
   1111 Third Avenue, Suite 3000
   Seattle, Washington 98101-3292
   Telephone: (206) 447-4400
   Facsimile: (206) 447-9700
   Email:    pat.schneider@foster.com
             steve.dijulio@foster.com
             andrea.bradford@foster.com
Attorneys for Plaintiff North Bend Associates, LLC

KEATING, BUCKLIN & MCCORMACK, INC., P.S.

By  *s/ Jeremy Culumber*
   Michael C. Walter, WSBA #15044
   Jeremy W. Culumber, WSBA #35423
   801 Second Avenue, Suite 1210
   Seattle, WA 98104
   Phone: (206) 623-8861
   Fax: (206) 223-9423
   Email: mwalter@kbmlawyers.com
          jculumber@kbmlawyers.com

Attorneys for City of North Bend

JOINT STIPULATION TO DISMISS WITH PREJUDICE - 3

NO. 2:22-cv-00509

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3296
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 101310142.1